October 8, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

AIMS STORES, LLC AND MOHAMMED ADDUL KADER, Appellants

NO. 14-13-00548-CV                      V.

ALEXANDER OIL COMPANY, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 26, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, AIMS Stores, LLC and Mohammed Addul Kader.

We further order this decision certified below for observance.